# DISTRICT COURT OF APPEAL OF FLORIDA
## SECOND DISTRICT

_____

DANNY JOSEPH LAROCCO,

Appellant,

v.

STATE OF FLORIDA,

Appellee.

No. 2D2024-1596

_____

November 12, 2025

Appeal from the Circuit Court for Hillsborough County; Michelle Sisco, Judge.

Danny Joseph Larocco, pro se.

James Uthmeier, Attorney General, Tallahassee, and J. Wade Stidham, Assistant Attorney General, Tampa, for Appellee.

PER CURIAM.

   Affirmed.

VILLANTI, KHOUZAM, and SMITH, JJ., Concur.

_____

Opinion subject to revision prior to official publication.